Keith William DeBLASIO; Kevin A. Eggleston, Plaintiffs–Appellants,

and

Donald Wells; S. Batts; D. Wilson; D. McBride; John Harris; Eric Hobbs; Nash; Donald Wayne Peery; Steven C. Whisenant; Walter Epps; Wesley Hammond; Clarence W. Terry; Thomas Alexander; Derrick K. Jones, Plaintiffs,

v.

Gene M. JOHNSON, Deputy Director, Virginia Department of Corrections; Ron Angelone, Director, Virginia Department of Corrections; W.P. Rogers, Regional Director, Virginia Department of Corrections; C.D. Larson, Warden, Lunenburg Correctional Center; Carol Wallace, Associate Warden of Operations, Lunenburg Correctional Center; Jerry R. Townsend, Major, Lunenburg Correctional Center; sued in their individual and official capacities; Virginia Department of Corrections, Defendants–Appellees.

Keith William DeBlasio; Donald Wells; S. Batts; D. Wilson; Eric Hobbs; Kevin A. Eggleston; Thomas Alexander; Derrick K. Jones; Kip Edward Bailey, Sr.; Artie Hathaway; James R. Kirby, Plaintiffs–Appellants,

and

Walter Epps, Plaintiff,

v.

Gene M. Johnson, Deputy Director, Virginia Department of Corrections; Ron Angelone, Director, Virginia Department of Corrections; W.P. Rogers, Regional Director, Virginia Department of Corrections; C.D. Larson, Warden, Lunenburg Correctional Center; Carol Wallace, Associate Warden

of Operations, Lunenburg Correctional Center; Jerry R. Townsend, Major, Lunenburg Correctional Center; sued in their individual and official capacities; Virginia Department of Corrections, Defendants–Appellees,

v.

Kareem Harris, Movant–Appellant.

Keith William DeBlasio; Donald Wells; S. Batts; D. Wilson; Eric Hobbs; Kevin A. Eggleston; Thomas Alexander; Derrick K. Jones; Kip Edward Bailey, Sr.; Artie Hathaway; James R. Kirby, Plaintiffs–Appellants,

and

Ira Wayne Madison, Plaintiff,

v.

Ronald J. Angelone, Director, Virginia Department of Corrections; Gene Johnson, Director, Virginia Department of Corrections; David A. Garraghty, Warden, G.R.C.C.; G.R.C.C. Staff and Security, Defendants–Appellees,

v.

Kareem Harris, Movant–Appellant.

Keith William DeBlasio; Donald Wells; S. Batts; D. Wilson; Eric Hobbs; Kevin A. Eggleston; Thomas Alexander; Derrick K. Jones; Kip Edward Bailey, Sr.; Artie Hathaway; James R. Kirby, Plaintiffs–Appellants,

and

Richard Guthrie; Derrick D. Steele; Casha S. Al; Uhuru Nasheed, Plaintiffs,

v.

Gene M. Johnson, Deputy Director; Ronald Angelone, Director; K.V. Bonner, Unit Manager, Defendants–Appellees,

v.

Kareem Harris, Movant–Appellant.

Keith William DeBlasio; Donald Wells; S. Batts; D. Wilson; Eric Hobbs; Kevin A. Eggleston; Thomas Alexander; Derrick K. Jones; Kip Edward Bailey, Sr.; Artie Hathaway; James R. Kirby, Plaintiffs–Appellants,

and

I–Tal Rastafarian Community; Lian J. Ross, Plaintiffs,

v.

Ron Angelone, Defendant–Appellee,

and

Ron De'Angelo, Director, Virginia Department of Corrections, Defendant,

v.

Kareem Harris, Movant–Appellant.

Keith William DeBlasio; Donald Wells; S. Batts; D. Wilson; Eric Hobbs; Kevin A. Eggleston; Thomas Alexander; Derrick K. Jones; Kip Edward Bailey, Sr.; Artie Hathaway; James R. Kirby, Plaintiffs–Appellants,

and

T. Understanding Allah, Plaintiff,

v.

R. Angelone, Director, Virginia Department of Corrections, Defendant–Appellee,

v.

Kareem Harris, Movant–Appellant.

Nos. 00–6999, 00–7707, 00–7705, 00–7708, 00–7706, 00–7709.

United States Court of Appeals, Fourth Circuit.

Submitted May 29, 2001.

Decided June 27, 2001.

Keith William DeBlasio, Kevin A. Eggleston, Donald Wells, S. Batts, D. Wilson, Eric Hobbs, Thomas Alexander, Derrick K. Jones, Kip Edward Bailey, Sr., Artie Hathaway, James R. Kirby, Kareem Harris, pro se. Pamela Anne Sargent, Assistant Attorney General, Rick Randall Linker, Office of the Attorney General of Virginia, Richmond, VA, for appellees.

Before WIDENER and NIEMEYER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Appellants appeal the district court's order granting summary judgment in favor of the Defendants in their civil action challenging Division Operating Procedure 864—a prison grooming policy requiring that male inmates' hair not be more than one inch in thickness/depth and prohibiting beards. We have reviewed the record and the district court's opinion, along with the Appellants' numerous allegations of error, and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *DeBlasio v. Johnson,* Nos. CA–99–1818–AM; CA–99–1859–AM; CA–00–18–AM; CA–00–170–AM; CA–00–211–AM (E.D.Va. June 26, 2000; Oct. 30, 2000). We deny Appellants' pending motions for appointment of counsel and further case consolidation. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*